

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00217-CR

The **STATE** of Texas,
Appellant

v.

Kyle Tyrone **WARNER**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 390617
The Honorable Michael La Hood, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED July 17, 2013.

_____
Marialyn Barnard, Justice